# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SYED HAIDER KARRA ZAIDI** | ) | Case No. 5:08 CR 187 |
| | ) | 5:12 CV 2366 |
| **Defendant-Petitioner,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | <u>**MEMORANDUM OPINION**</u> |
| | ) | |
| **Plaintiff-Respondent.** | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (ECF# 179 in Case NO. 5:12 CV 2366) is DENIED. Request for a hearing on the matter is DENIED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: March 11, 2013